# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| **TELINIT TECHNOLOGIES, LLC** | § | |
| | § | |
| **Plaintiff,** | § | **CIVIL ACTION NO. 2:12-cv-660** |
| | § | |
| **v.** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **SHORETEL, INC.;** | § | |
| **M5 NETWORKS, LLC; and** | § | |
| **M5 NETWORKS, INC.** | § | |
| | § | |
| **Defendants.** | § | |

## <u>ORDER</u>

Having considered Plaintiff Telinit Technologies, LLC ("Telinit") and Defendants ShoreTel, Inc., M5 Networks, LLC, and M5 Networks, Inc.'s ("ShoreTel"), Joint Motion to Dismiss based on the settlement of claims between Telinit and ShoreTel, the Court finds that good cause exists for granting the motion.  The Joint Motion to Dismiss is GRANTED.  It is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted by Telinit against ShoreTel is hereby dismissed with prejudice and all pending motions between the parties are denied as moot, subject to the terms of that certain agreement dated December 13, 2012.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

SO ORDERED.

**SIGNED this 21st day of December, 2012.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE